# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

VAN A. BROWN and TABITHA BROWN,  )
    Plaintiffs,  )
      )
v.  )   Civil No. 3:10-0719
      )   Judge Trauger
REALTY MORTGAGE CORPORATION,  )
RETAIL LOAN, LOGOS TITLE & ESCROW,  )
LLC, RONALD M. HARKAVY,  )
MORTGAGE ELECTRONIC REGISTRATION  )
SYSTEMS, INC., and DOES 1-100,  )
      )
    Defendants.  )

## O R D E R

On February 28, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 15), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m), FED. R. CIV. P., for failure to obtain service of process on the defendants.

It is so **ORDERED.**

Enter this 23rd day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge